982 A.2d 1220

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**John MOULTRIE, Petitioner.**

**No. 125 EM 2009.**

Supreme Court of Pennsylvania.

Oct. 26, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of October, 2009, the "Petition for Leave to File a Petition for Allowance of Appeal *Nunc Pro Tunc* (Out of Time)" and the "Motion for Summary Judgment" are **DENIED.**